# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00504-CV

**In re Ed Jaycox**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

We deny Ed Jaycox's petition for writ of mandamus.  *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Filed:   August 28, 2014